UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MULTI-REACH, INC., ET AL.,

    Plaintiffs,

vs                                          Civil Action No: 13-11008
                                          Honorable Victoria A. Roberts

ROLLING SHIELD, INC., ET AL.,

    Defendants.
_____/

## ORDER OF DISMISSAL

An Order to Show Cause why this case should not be dismissed for lack of prosecution was filed on 7/25/2013. Plaintiffs did not respond. This case is dismissed, without prejudice.

**IT IS ORDERED.**

                                                     S/Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: January 13, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 13, 2014.

s/Holly A. Monda for Carol A. Pinegar
Deputy Clerk